IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendle V. Lehnerd,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>E-Loan, Inc., et al.,<br><br>　　　　　　Defendants. | No. CV-14-01811-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Temporary Restraining Order. Plaintiff seeks an injunction to cancel the trustee sale of his house scheduled for August 19, 2014. Section 33-811(c) of the Arizona Revised Statutes provides that a temporary restraining order must issue by 5:00pm the last business day before the scheduled date of the trustee sale. Therefore, in order for a temporary restraining order to impede tomorrow's sale, it must issue by 5:00pm today.

Plaintiff states that he *will* serve notice on Defendants on August 19, 2014, and requests that "[i]n the meantime… an order for "Temporary Restraining Order Without Notice" issue. However, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the court may issue a preliminary injunction without notice to the adverse party *only if*

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b) (emphasis added). While Plaintiff states that he received the notice of trustee sale on May 14, 2014, the instant motion was not filed until today, August 18, 2014, at approximately 4:00pm. By waiting until 4:00pm the day before the sale to move for a temporary restraining order, Plaintiff has eliminated the possibility of Defendants receiving notice. Plaintiff electing to wait until one hour before the order must issue to file his motion is not cause to issue a temporary restraining order without notice under Rule 65(b)(1). As such, the Court concludes that Plaintiff's delay in requesting a temporary restraining order militates against its issuance. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order is **denied**.

Dated this 18th day of August, 2014.

Honorable Steven P. Logan
United States District Judge