Wendle V. Lehnerd, pro se
33276 N. Cherry Creek Rd.
Queen Creek, AZ 85142
(602) 295-6175



## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WENDLE V. LEHNERD,<br><br>             Plaintiff,<br><br>        vs.<br><br>E-LOAN, INC.,<br><br>MORTGAGEELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>THE BANK OF NEW YORK MELLON CORP., f/k/a The Bank of New York, as Trustee for the certificate holders of Cwalt, Inc., Alternative, Loan Trust 2005-63, Mortgage Pass-Through Certificates, Series 2005-63, John Does 1-100,<br><br>             Defendants | No.CV-14-01811-PHX-SPL<br><br>Hon. Steven P. Logan<br><br><br>ORDER<br><br><br>Dated: the 18th Day of August, 2014 |

### GRANT OF TEMPORARY RESTRAINING ORDER,
### NOTICE OF PRELIMINARY INJUNCTION HEARING

It appears from the specific facts set out in the Verified Petition filed with the Clerk of this Court that immediate and irreparable loss or damage will result to the Plaintiff. Accordingly, at _____ o'clock ___ M, this _____ day of August, 2014, Defendants and their employees and agents are ordered to desist and refrain any further foreclosure action/trustee sale.

For good cause shown, I order that no security be given by the Plaintiff for the issuance of this Order.

This Temporary Restraining Order expires 14 days from the date it was granted, but it may be renewed in the form of a preliminary injunction. At the Plaintiff's request, a hearing to decide if a preliminary injunction should be issued has been scheduled for the ____ day of _____, 2014, at ____ o'clock __ M.  Upon two days' notice to the Plaintiff, the Defendants may apply to the Court to dissolve or modify the Temporary Restraining Order.

Further, the Defendants must answer (respond to) the Plaintiff's Complaint within 20 days of the date on which this Summons and a copy of the Complaint are received.  The Answer must be in writing and must be filed with this Court and delivered to the Plaintiff.

_____
Judge's Signature